[No. 69715-3-I.   Division One.   October 28, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. VINCENT JAMES PIERCE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-08417-1, Theresa B. Doyle, J., entered December 12, 2012. *Dismissed* by unpublished per curiam opinion.

[No. 69785-4-I.   Division One.   October 28, 2013.]

*In the Matter of the Personal Restraint of* ANDREW LEE BRANCH, JR., *Petitioner*.

Petition for relief from personal restraint. *Remanded with instructions* by unpublished per curiam opinion.

[No. 69809-5-I.   Division One.   October 28, 2013.]

*In the Matter of the Detention of* H.S.

Appeal from a judgment of the Superior Court for King County, No. 12-6-03566-5, James D. Cayce, J., entered January 4, 2013. *Reversed* and *remanded with instructions* by unpublished per curiam opinion.

[No. 42861-0-II.   Division Two.   October 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. T.T., *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 08-8-00014-0, David L. Edwards, J., entered November 22, 2011. *Reversed* and *remanded* by unpublished opinion per Johanson, J., concurred in by Worswick, C.J., and Hunt, J.